FILED
IN CLERK'S OFFICE
U.S. DIS...

P.M.
TIME A.M.

PROB 12A
(NYEP-11/25/02)



Sr. USPO Eric Harmon
Central Islip

# United States District Court
## for
## Eastern District of New York
## Report on Offender Under Supervision

Name of Offender: **Stan Gerald Maynard**  Case Number: **03-CR-255**

Name of Sentencing Judicial Officer: **The Honorable Frederic Block, U. S. District Judge**

Date of Original Sentence: **November 10, 1994**

Original Offense: **Possession With Intent to Export 5,320 Grams of Heroin**

Original Sentence: **Forty (40) years to life. Re-sentenced by the U.S. Parole Commission on February 21, 2003, ordering subject's release on 03/12/03, after the service of 113 months, to commence a three (3) year term of supervised release.**

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **February 26, 2003**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | New Criminal Conduct: Criminal Possession Contr. Subs. 3rd - Narc. Drug Intent to Sell. |

U.S. Probation Officer Action:

The offender was originally sentenced on November 10, 1994 in Bangkok, Thailand to forty (40) years imprisonment following his conviction for Possession of 5,320 Grams of Heroin With Intent to Export. The offender applied for transfer to the United States under the Prison Transfer Treaty between the United States and Thailand. The transfer was granted and the offender was re-sentenced on February 21, 2003 by the United States Parole Commission to one hundred thirteen (113) months imprisonment and three (3) years supervised release. The offender was released from the custodial portion of his sentence on February 26, 2003 at which time his term of supervised release commenced. On March 5, 2003, a memorandum was sent to the District Court Clerks Office for the purpose of having a U.S. District Judge assigned to address any issues that arise during the supervision term. Your Honor was selected to oversee any proceedings in this matter.

We were recently notified that the offender was arrested on April 28, 2005 by the New York City Police Department ( 28th Precinct) for Criminal Possession Contr Subs-. 3rd -Narc Drug Intent to Sell. According to the offender he was released on the same date. We are in the process of investigating the matter and will notify the Court with our findings and our recommendation. As such, we respectfully recommend that no action be taken at this time.

Respectfully submitted by,

Eric D. Harmon
Senior U.S. Probation Officer
Date: May 4, 2005

Approved by,

David J. Washington
Supervising U.S. Probation Officer
Date: May 4, 2005

THE COURT ORDERS:
- ☑ No Action
- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☐ Other

Signature of Judicial Officer

May 31, 2005
Date