Stan Maynard #13395-007
F.C.I. Fort Dix Camp
P.O. Box 1000
Fort Dix, New Jersey 08640

United States Federal Building
Eastern District of New York
The Honorable Fredric Block
225 Cadman Plaza East
Brooklyn, New York 11201

February 14, 2006

Re: Docket #CR-03-255
Subject: Stan Maynard, self

Dear Judge Block

    I am currently serving a sentence of One year and One day imposed by your honor as a result of a violation of my Supervised release.

    I am attaching an 'order' from this honorable court indicating, at least what I perceived at sentencing to be a 'split sentence'. During my recent team meeting here at the institution my unit manager and case manager misinterpreted the mentioned attached 'order' to indicate that 90% of my time imposed (minus the good time) be served in the institution, with 10% (1 month) to be served in a Community Confinement Center, better known as a half-way-house.

    It was later suggested verbally that <u>possably</u> 20% (60 days) could be served in a Community Confinement Center.

    To have a better understanding I consulted the 'Webster Dictionary' for a plain and concise definition on, as the 'order' states, "Part" ... 'to divide into parts' ...'to keep in separate'. Taking that precise and accurate definition, coupled with the fact of you other suggestions of placement of confinement i.e. Incarceration, Community Confinement and Home Confinement, a fair interpretation of your honors 'order' would be for me to serve three months in each

FEB 17 2006

(1)

component, consistent with your honors order. Or possibly, if it pleases the court, spend 50% of my time incarcerated and 50% in a Community Correction Center, and or Home Confinement.

I feel this a correct interpretation, not only consistent with this courts 'order', but serve a better justice, allowing me more time to meet my needs, so I will not have to become a repeat offender.

Also, in an effort to be consistent with the recent ruling out of the Third Circuits Court of Appeals:

> Woodall v. The Federal Bureau of Prisons
> No. 05-3657 (Filed December 15, 2005)

Woodall clearly violates the governing 10% statue of 18 U.S.C. §3621 (b) without an individualized determination for each prisoners needs.

I aver that consistent with Woodall, I have no employment, my financial funds are depleted and my current landlord is in the process of eviction proceedings.

Also worth mentioning is the fact that if your honor pleases an investigation of my institutional record since my imprisonment will indicate a well behaved inmate showing every indication of reformation.

I humbly and respectfully ask the court to forward an 'order' of clarification, with the original sent to:

> Mr. Tom Molvey, Unit Manager
> Fort Dix Camp
> P.O. Box 1000
> Fort Dix, New Jersey 08640

I thank your honor for your compassion, and I remain ...

Respectfully yours,

Enclosures:

(2)

P.S.  If your honor would be gracious enough, please send a copy
of all correspondence sent to Mr. Molvey, directly to me.

*The decision concerning community confinement rests with the Bureau of Prisons. The Court cannot interfere with the exercise of its discretion.*

*SO ORDERED.*

*/s/ USDJ*
*April 25, 2006*

cc. Central File
    Home File

(3)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------
UNITED STATES OF AMERICA,

-vs-                                    VIOLATION OF SUPERVISED RELEASE

Stan Maynard,                           CR-03-255(FB)

    Defendant.
-------------------------------------

WHEREAS the defendant having pled guilty on __UNKNOWN__ in Bangkok, Thailand of possession with intent to export heroin and sentenced by the Criminal Court in Thailand on __11/10/94__ to __DEATH__. This sentence was reduced by the Thailand Court of Appeals and Supreme Court to LIFE IMPRISONMENT. The defendant received amnesty from the King and his sentence was reduced again to 40 years imprisonment. On 12/9/02 the defendant was transferred to California and the U.S. Parole Commission re-sentenced the defendant to 113 months of incarceration to be followed by 36 months of supervised release.

NOW, the defendant having appeared in court on __10/5/05__ and having been represented by __Lawrence Wright__; the United States having been represented by Assistant U.S. Attorney __John Natherson__, and the defendant having pled guilty to violating charge 2 of the terms of supervised release, it is now,

ORDERED AND ADJUDGED that the defendant be sentenced as follows: THE DEFENDANT SHALL SERVE TWELVE (12) MONTHS AND ONE (1) DAY OF INCARCERATION. THE COURT RECOMMENDS THAT THE DEFENDANT BE CONSIDERED BY THE BUREAU OF PRISONS TO SERVE A PART OF HIS TERM OF INCARCERATION IN EITHER COMMUNITY OR HOME CONFINEMENT AS SOON AS THE DEFENDANT BECOMES ELIGIBLE. THERE WILL BE NO TERM OF SUPERVISED RELEASE TO FOLLOW. THE DEFENDANT SHALL SURRENDER BY 10/26/05 BY 5PM TO THE U.S. MARSHALS.

IT IS FURTHER ORDERED that the Clerk of the Court deliver certified copies of this order.

Dated: Brooklyn, New York
       October __, 2005

                                        UNITED STATES DISTRICT JUDGE

ATTEST
ROBERT C. HEINEMANN

```
                                                           *  02-09-2006
FTD2Q  540*23  *       SENTENCE MONITORING                 *  14:31:33
PAGE 001       *       COMPUTATION DATA
                       AS OF 02-09-2006

REGNO..: 13395-007 NAME: MAYNARD, STAN GERALD

                                        DATE OF BIRTH:
FBI NO............: 842618AB5
ARS1..............: FTD/A-DES           QUARTERS.....: V01-098U
UNIT..............: CAMP                NOTIFICATIONS: NO
DETAINERS.........: NO

PRE-RELEASE PREPARATION DATE: 08-04-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 09-03-2006 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION.............: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER.....................: CR-03-255(FB)
JUDGE.............................: BLOCK
DATE SENTENCED/PROBATION IMPOSED..: 11-10-1994
DATE SUPERVISION REVOKED..........: 10-05-2005
TYPE OF SUPERVISION REVOKED.......: REG
DATE COMMITTED....................: 01-10-2006
HOW COMMITTED.....................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED.................: NO

                                                     AMOUNT: $00.00
RESTITUTION...: PROPERTY: NO  SERVICES: NO

----------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....: 382
OFF/CHG: POSSESSION OF 5320 GRAMS OF HEROIN WITH INTENT TO EXPORT.

SENTENCE PROCEDURE...............: SUPERVISED RELEASE VIOLATION
SENTENCE IMPOSED/TIME TO SERVE.:     12 MONTHS     1 DAYS
DATE OF OFFENSE..................: 10-13-1993




G0002      MORE PAGES TO FOLLOW . . .
```